JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN SUTTON,<br><br>          Petitioner,<br><br>     v.<br><br>KATHLEEN ALLISON, Warden, et al.,<br><br>          Respondents. | Case No. ED CV 12-437-GAF (SP)<br><br>**JUDGMENT** |

   Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 8, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE